Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah, Northern Division**

| | |
|---|---|
| **IN RE:** | **CASE: 19-27267** |
| NATHAN MEDINA<br>CHRISTINE MICHELLE MEDINA | **CHAPTER 13**<br>**HON. JOEL T. MARKER** |
| **Debtors** | Confirmation Hearing: January 30, 2020 |

**ORDER CONTINUING CONFIRMATION HEARING BY CONSENT OF PARTIES AND CONDITIONS TO AVOID DISMISSAL**

A hearing on confirmation of the Chapter 13 plan came before this Court on January 30, 2020  10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to March 12, 2020 at 10:00 AM .

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan will be denied and the case will be dismissed without further notice or hearing upon declaration by the Trustee:

1. The Debtors shall cure the delinquency in Plan payments totaling $350.00 on or before February 13, 2020, **and** be current on any plan payments accruing on or before this date or your case shall be dismissed without further notice and hearing. The Debtor(s) must ensure that the payment is mailed (Standing Chapter 13 Trustee, 3111 Momentum Place, Chicago, IL 60689-5331), transmitted online (www.TFSbillpay.com), or in-person (MoneyGram locations) early enough to post by the deadline.

2. On or before February 13, 2020, the Debtors shall provide to the Trustee's Office evidence of the health insurance expense.

3. If the case is dismissed pursuant to the Debtors' non-compliance with any deadline(s) set in this order, Counsel shall be awarded total fees up to $2500.00 to be paid from funds held by the Trustee in this case less any retainer disclosed on the Form 2030. If the case is <u>not</u> dismissed pursuant to the deadlines set in this order, no fees shall be deemed awarded and the Court will rule on fees in connection with a subsequent hearing or ruling in this case.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on February 03, 2020.

E. KENT WINWARD, ECF Notification

/s/ Sherrin Warner

## DESIGNATION OF PARTIES TO BE SERVED

NATHAN MEDINA & CHRISTINE MICHELLE MEDINA, 1029 WEST HARRISVILLE ROAD APT 1, OGDEN, UT 84404

E. KENT WINWARD, ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION