Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**NORTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE: 19-27267** |
| NATHAN MEDINA<br>CHRISTINE MICHELLE MEDINA | **CHAPTER 13** |
| **Debtors** | **Hon. JOEL T. MARKER** |

**TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION**

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

   1. The plan is not feasible in that it is presently projected to require more than 60 months to make all payments required by the plan.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: February 19, 2020

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on February 19, 2020:

E. KENT WINWARD, ECF Notification

                 /s/ Sarah Anderton